UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE EDWARD GALLAGHER, <br> Plaintiff, <br> v. <br> CONTRA COSTA COUNTY SHERIFF DEPARTMENT, et al., <br> Defendants. | Case No. 18-cv-06931-RS (PR) <br><br> **ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Federal Rule of Civil Procedure 41(b). The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** April _3_, 2019

_____
RICHARD SEEBORG
United States District Judge